**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-7177**

———————

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

        v.

ERICKA CIARA MCCLARIN,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge. (5:11-cr-00279-FL-2)

———————

Submitted: December 16, 2014      Decided: December 30, 2014

———————

Before KING, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ericka Ciara McClarin, Appellant Pro Se. Ethan A. Ontjes,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ericka Ciara McClarin appeals the district court's text order denying her motion to correct a clerical error in her criminal judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. McClarin, No. 5:11-cr-00279-FL-2 (E.D.N.C. July 23, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED